**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. NO. 07-00388-CG** |
| | ) | |
| **KARA SHEREE MCILWAIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter came on for a bond revocation hearing on June 18, 2008.  The defendant admitted to violating her conditions of supervision.  Therefore, the court finds that the defendant has violated her conditions of release, the conditions entered on November 7, 2007 (Doc. 22) are hereby **REVOKED**, and the defendant is **REMANDED** to the custody of the U.S. Marshal pending sentencing.  As the parties did not object to the court's suggestion that the sentencing be moved up from the August 7, 2008 date, sentencing is hereby **RESCHEDULED** for **Wednesday, July 9, 2008 at 1:00 p.m.**, to be held in Courtroom 2B, United States Courthouse, Mobile, Alabama.

The United States Marshal is **ORDERED** to produce the defendant for said sentencing hearing.

**DONE and ORDERED** this the 18th day of June, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE